In re HUBBELL. (Supreme Court, Appellate Division, First Department. October 24, 1913.) In the matter of Charles L. Hubbell. No opinion. Proceeding dismissed. Settle order on notice.

---

HUDLER, Appellant, v. HUDLER, Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Dora Gulnack Hudler against Davis Winne Hudler. No opinion. Order unanimously affirmed, with costs.

---

HUDSON MORTGAGE CO. v. JOHN E. OLSON CONST. CO. et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the Hudson Mortgage Company against the John E. Olson Construction Company and others. No opinion. Motion to dismiss appeal granted. Order filed.

---

HUDSON NAVIGATION CO., Appellant, v. OLCOTT, Respondent. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by the Hudson Navigation Company against Eben E. Olcott. A. B. Siegel, of New York City, for appellant. W. M. K. Olcott, of New York City, for respondent.

PER CURIAM. Order (81 Misc. Rep. 464, 142 N. Y. Supp. 613) affirmed, with $10 costs and disbursements, on the ground that a temporary injunction at this time is not necessary; the question as to the right of the defendant to the exclusive use of the pier to be reserved until the trial. Order filed.

---

HUGHES, Appellant, v. STOUTENBRUGH et al., Respondents. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by John H. Hughes against John H. Stoutenbrugh, as trustee, etc., and others. W. E. Godfrey, of New York City, for appellant. E. H. Daly, M. J. Driscoll, and J. E. Donnelly, all of New York City, for respondents. No opinion. Order reversed, and motion granted, upon payment by plaintiff of $10 costs to each of the defendants who appeared separately in the court below and opposed the motion. Settle order on notice.

---

HURD, Appellant, v. BALDWIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Reverdy L. Hurd, as trustee, etc., against Anah A. Baldwin. No opinion. Judgment affirmed, with costs.

---

HURD, Appellant, v. BALDWIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Reverdy L. Hurd, as trustee, etc., against Anah A. Baldwin and another. No opinion. Judgment affirmed, with costs.

---

HYAMS, Appellant, v. HYAMS, Respondent. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Beatrice Hyams against Joseph N. Hyams. C. J. Lane, of New York City, for appellant. A. G. Meyer, of New York City, for respondent. No opinion. Motion to dismiss appeal granted, without costs. Order filed. See, also, 143 N. Y. Supp. 1123.

---

HYAMS, Appellant, v. HYAMS, Respondent. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Beatrice Hyams against Joseph N. Hyams. No opinion. Order modified, as directed in opinion, and, as modified, affirmed, with $10 costs and disbursements to the appellant. Opinion per curiam. Settle order on notice. See, also, 143 N. Y. Supp. 1123.

---

INNOVATION INGENUITIES, Inc., Appellant, v. NEW YORK TIMES CO., Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the Innovation Ingenuities, Incorporated, against the New York Times Company. A. K. Stricker, of New York City, for appellant. H. Nathan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to serve amended complaint, on payment of costs in this court and in the court below. Order filed.

---

ISRAEL, Respondent, v. ISRAEL, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Kate Israel against David Israel. A. S. Gilbert, of New York City, for appellant. J. J. Corn, of New York City, for respondent. No opinion. Order modified, by reducing alimony to $75 per week and counsel fee to $250, and, as modified, affirmed, without costs. Order filed.

---

JAMES, Respondent, v. McMAHON, Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Frank H. James against John J. McMahon. No opinion. Order reversed, with $10 costs and disbursements, and motion for receiver denied, without costs, upon the ground that the appointment should not be made upon the facts shown.

---

JAMES, Respondent, v. THOMAS CRIMMINS CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) Action by George James, as administrator, etc., against the Thomas Crimmins Contracting Company. No opinion. Judgment and order affirmed, with costs.

---

JAROS, Respondent, v. NEW YORK MILLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Michael Jaros against the New York Mills. No opinion. Judgment and order affirmed, with costs.

---

In re JOHNSON. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.)

In the matter of the examination of Frederick H. Johnson in proceedings supplementary to execution, etc. No opinion. Order affirmed, with $10 costs and disbursements.

In re JONES. (Supreme Court, Appellate Division, First Department. October 17, 1913.) In the matter of Holmes Jones. No opinion. Referred to the official referee. Settle order on notice. See, also, 143 N. Y. Supp. 1124.

In re JONES. (Supreme Court, Appellate Division, First Department. October 17, 1913.) In the matter of Holmes Jones. No opinion. Motion to strike out denied. Settle order on notice. See, also, 143 N. Y. Supp. 1124.

JORDAN v. FAETH et al. (Supreme Court, Appellate Term, First Department. November 13, 1913.) Appeal from City Court of New York, Trial Term. Action by Peter P. Jordan against Charles F. Faeth and another. From a judgment for plaintiff on the pleadings, defendants appeal. Modified. Neier, Hance & Van Derveer, of New York City (Thomas Abbott McKennell and Charles Everett Neier, both of New York City, of counsel), for appellants. Feltenstein & Rosenstein, of New York City (Moses Feltenstein, of New York City, of counsel), for respondent.

PER CURIAM. Judgment modified, by granting leave to the defendants to plead anew within six days after service of a copy of the order entered herewith, with notice of entry of the same in the City Court, upon payment of $10 costs, and, as modified, affirmed, without costs of this appeal to either party.

JOSEPH BECK & SONS, Appellants, v. TYNBERG, Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Joseph Beck & Sons against Sigmund Tynberg. M. D. Steuer, of New York City, for appellants. E. L. Mooney, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 153 App. Div. 881, 137 N. Y. Supp. 1073.

J. P. DUFFY CO. v. TODEBUSH. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the J. P. Duffy Company against August Todebush. No opinion. Motion for leave to appeal to the Court of Appeals (from 157 App. Div. 688, 142 N. Y. Supp. 790) granted. Order filed.

JULIAN, Respondent, v. NEW YORK TIMES CO., Appellant. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Louis E. Julian against the New York Times Company. H. Nathan, of New York City, for appellant. A. E. Woodruff, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KEITH, Respondent, v. PAYNE, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Ervin A. Keith against Daniel F. Payne. No opinion. Order so far as appealed from affirmed, with $10 costs and disbursements.

KELLER, Appellant, v. CROMBIE, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Augustus R. Keller against Amvernette M. Crombie. N. Vidaver, of New York City, for appellant. G. J. Sproull, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KELLER, Respondent, v. HACKETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Agnes Keller against Elizabeth Hackett. No opinion. Judgment affirmed, with costs.

KELLY, Respondent, v. PENNSYLVANIA TUNNEL & TERMINAL R. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Mary F. Kelly, as administratrix, etc., against the Pennsylvania Tunnel & Terminal Railroad Company, impleaded with others. W. L. O'Brion, of New York City, for appellant. E. A. Martin, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KENDRICK, Respondent, v. JOSEPH L. SIGRETTO & CO., Appellants. (Supreme Court, Appellate Division, Second Department. September 23, 1913.) Action by William Kendrick against Joseph L. Sigretto & Co. No opinion. Judgment and order unanimously affirmed, with costs.

KENT, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) Action by Floyd Kent against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, P. J., dissents, upon the ground that the exception to the charge respecting plaintiff's right to board the train was well taken.

KENT, Respondent, v. YONKERS R. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Ethel O. Kent against the Yonkers Railroad Company. L. F. Crumb, of Yonkers, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

KENYON, Respondent, v. BOWES, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Charles Kenyon against Edward J. Bowes. G. B. Rosenheim, of New York City, for appellant.